UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHERINE M. CARLSON,

  Plaintiff,                                                Case No. 8:17-cv-1469-T-17AEP

v.

SYNCHRONY BANK,

  Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Catherine M. Carlson, hereby dismisses the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                                Respectfully submitted,

                                                /s/ *Jon Dubbeld*_____
                                                Jon P. Dubbeld, Esq.
                                                Fla. Bar No. 105869
                                                Berkowitz & Myer
                                                4900 Central Ave
                                                St. Petersburg, Florida 33707
                                                Telephone:  (727) 344-0123
                                                Jon@berkmyer.com
                                                *Attorneys for Plaintiff*